IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BURGESS ROE and JANE J. ROE, Plaintiffs | : : : | Case No. 4:11-cv-00816 |
| | : | (Judge Brann) |
| v. | : : | |
| CHIEF EXPLORATION & DEVELOPMENT LLC, et al. Defendants. | : : : | |

*******************************************************************

| | | |
|---|---|---|
| MICHAEL BEINLICH and LORI BEINLICH, Plaintiffs | : : : | Case No. 4:11-cv-00697 |
| | : | (Judge Brann) |
| v. | : : : | |
| CHIEF EXPLORATION & DEVELOPMENT LLC, et al. Defendants. | : : : | |

*******************************************************************

| | | |
|---|---|---|
| DAVID C. BEINLICH and KAREN F. BEINLICH, Plaintiffs | : : : | Case No. 4:11-cv-00579 |
| | : | (Judge Brann) |
| v. | : : : | |
| CHIEF EXPLORATION & DEVELOPMENT LLC, et al. Defendants. | : : : | |

**ORDER**

AND NOW, this 13th day of August, 2013, it is hereby ORDERED in accordance with the memorandum filed this date:

1. Chief Exploration & Development LLC, et al.'s (hereinafter, "Chief")

motion for summary judgment in 4:11-cv-00816 (ECF No. 32), respecting the lease of Burgess and Jane Roe, is GRANTED and final judgment is entered in favor of defendants against plaintiffs.

2. Chief's motion for summary judgment in 4:11-cv-00697 (ECF No. 29), respecting the lease of Michael and Lori Beinlich, is GRANTED to the extent plaintiffs's claims rely on the argument that Chief forfeited its lease for failure to conduct operations prior to the expiration of the primary term; the motion is otherwise provisionally DENIED.

3. Chief's motion for summary judgment in 4:11-cv-00579 (ECF No. 32), respecting the lease of David and Karen Beinlich, is GRANTED and final judgment is entered in favor of defendants and against plaintiffs.

4. In 4:11-cv-00697, respecting the lease of Michael and Lori Beinlich, the parties shall confer and propose a schedule for submitting the appropriate papers referenced in Local Rules 7.1 – 7.8 and 56.1 in relation to the issue of "bad faith pooling." The proposed schedule shall be submitted to the Court by either counsel on or before August 27, 2013 by letter placed on the docket.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge